IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE DANGERFIELD,<br><br>   Plaintiff,<br><br> v.<br><br>DEPUTY NEU, et al.,<br><br>   Defendants. | No. C 15-0396 LHK (PR)<br><br>ORDER OF DISMISSAL |

    Plaintiff, a California state pretrial detainee proceeding *pro se*, filed this civil rights action under 42 U.S.C. § 1983. On January 28, 2015, the Clerk sent to plaintiff a notice of assignment of a prisoner case to a magistrate judge. On March 4, 2015, after plaintiff failed to consent to magistrate judge jurisdiction, the case was reassigned to the undersigned judge. Plaintiff was sent a copy of the order of reassignment. On March 12, 2015, the order of reassignment was returned as undeliverable.

    On April 8, 2015, the court ordered service upon defendants, and directed plaintiff to file a notice of his current address and his intent to prosecute this case within twenty days. The court warned plaintiff that the failure to do so would result in the dismissal of this case. More than twenty days have passed and plaintiff has not filed a notice or otherwise communicated with the court. Accordingly, the instant complaint is DISMISSED without prejudice for failure to prosecute. *See* Fed. R. Civ. P. 41(b). The clerk shall enter judgment and close the file.

Order Dismissal
P:\PRO-SE\LHK\CR.15\Dangerfield396dis41b.wpd

IT IS SO ORDERED.

DATED: 5/21/2015

_____
LUCY H. KOH
United States District Judge